UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ALCOX, aka JOEL ALBERT ALCOX, <br><br> Petitioner, <br><br> vs. <br><br> JAMES HARTLEY, WARDEN, AVENAL STATE PRISON, <br><br> Respondent. | Case No. CV 08-1587-JVS(RC) <br><br><br> JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATE: April 24, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

R&Rs\08-1587.jud
3/11/09