UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOEL ALCOX,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES HARTLEY, WARDEN,<br><br>        Respondent. | Case No. CV 08-1587 JVS (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: December 5, 2012

_/s/ James V. Selna_
James V. Selna
United States District Judge