UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOEL ALCOX, | Case No. CV 08-1587-JVS (AJW) |
| Petitioner, | |
| v. | |
| | JUDGMENT |
| JAMES HARTLEY, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: December 5, 2012

_____
James V. Selna
United States District Judge