UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOEL ALCOX, | ) | Case No. CV 08-1587-JVS (AJW) |
|     Petitioner, | ) | |
|   v. | ) | JUDGMENT |
| JEFFREY BEARD, | ) | |
|     Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is granted. Respondent shall release petitioner from custody and all collateral consequences resulting from his 1987 murder conviction unless the State of California provides petitioner with a new trial within sixty (60) days from the date of entry of judgment.

Dated: February 12, 2016

                                         _____
                                         James V. Selna
                                         United States District Judge